IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| MARY SUSAN SHARP, | ) | Case No. 4:10CV00026 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MR MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is the Report and Recommendation of the United States Magistrate Judge recommending an Order be entered striking plaintiff's December 14, 2010 response to the court's November 29, 2010 show cause Order from the court's docket, affirming the Commissioner's final decision, granting the Commissioner's motion for summary judgment, and dismissing this action from the docket of the court. This Report was filed on February 8, 2011, from which the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the Report and Recommendation shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's Motion for Summary Judgment is **GRANTED** and the Commissioner's final decision is **AFFIRMED**. The clerk is hereby directed to strike plaintiff's December 14, 2010 response to the court's November 29, 2010 show cause Order from the court's docket and to dismiss this case from the docket of the court.

The Clerk is directed to send a copy of this Order to counsel as well as to Magistrate Judge Crigler.

ENTERED this 24th day of February, 2011.

s/Jackson L. Kiser  
Senior United States District Judge